# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1549
_____

DELARIAN F. JESSIE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

February 26, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and RAY and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Delarian F. Jessie, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.